[No. 5565-5-III. Division Three. July 25, 1985.]

THE STATE OF WASHINGTON, *Appellant,* v. MARVIN
HARVEY HURMENCE, *Respondent.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 82-1-00576-3, William J. Grant, J.,
entered November 30, 1982. *Reversed* and *remanded* by
unpublished opinion per Thompson, J., concurred in by
Green, C.J., and McInturff, J.

[No. 7050-2-II. Division Two. July 26, 1985.]

*In the Matter of* DONALD JAMES WOOD.

Appeal from a judgment of the Superior Court for Clark
County, No. 51008RO20, Edward Kelly, J. Pro Tem.,
entered May 16, 1983. *Affirmed* by unpublished opinion per
Reed, A.C.J., concurred in by Petrich and Alexander, JJ.

[No. 14044-2-I. Division One. July 29, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES
MONTES, *Appellant.*

Appeal from a judgment of the Superior Court for
Whatcom County, No. 83-1-00330-2, Marshall Forrest, J.,
entered November 14, 1983. *Reversed* and *remanded* by
unpublished opinion per Corbett, C.J., concurred in by
Coleman and Grosse, JJ.

[No. 13720-4-I. Division One. July 29, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN
SCOTT EATON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82-1-03638-9, Frank D. Howard, J., entered
August 19, 1983. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Corbett, C.J., and Grosse, J.